IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:14-cr-00230-1-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO RAMIREZ (1),

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 8, 2014.**

Pursuant to the Order entered on December 5, 2014 by U.S. District Judge William Martinez, the hearing to set Conditions of Release for defendant, Francisco Ramirez (1), is set for **Wednesday, December 10, 2014 at 11:00 a.m.** before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501.

Counsel from the U.S. Attorney's Office may attend the proceeding yet are not required to do so.